# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEMETRIUS D. ROBERTSON

NO. 2020 KW 0464

AUG 1 7 2020

---

In Re:     Demetrius D. Robertson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 0180-F-2020.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED AS MOOT.** The St. Tammany Parish Clerk of Court record shows that on June 16, 2020, the district court acted on relator's writ of habeas corpus and motion for bail reduction.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT